JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO LOAIZA, | NO. CV 18-2084-JAK (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT KERNAN, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: March 11, 2021

JOHN A. KRONSTADT
United States District Judge